1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RUSSEL ZINK,

           Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

           Defendant.

CASE NO. C07-5317BHS

ORDER

      The Court, having reviewed Plaintiff's complaint, Defendant's motion to remand (Dkt. 7) the Report and Recommendation (Dkt. 9) of Judge J. Kelley Arnold, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Defendant's motion to remand is GRANTED;

    (3)    The matter is REMANDED to the administration for further proceedings;

    (4)    The Clerk is directed to send copies of this Order to Plaintiff's counsel, Defendant's counsel and Magistrate Judge J. Kelley Arnold.

DATED this 19th day of October, 2001.

                                                                                                       _____
                                                                                           BENJAMIN H. SETTLE
                                                                                           United States District Judge

ORDER