# United States District Court

WESTERN DISTRICT OF WASHINGTON

RUSSEL ZINK

**JUDGMENT IN A CIVIL CASE**

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

CASE NUMBER: C07-5317BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

Defendant's motion to remand is GRANTED; and

The matter is REMANDED to administration for further proceedings.

October 22, 2007              BRUCE RIFKIN
Date              Clerk

            *s/Caroline M. Gonzalez*
            Deputy Clerk