IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RUSSEL ZINK,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　Defendant | Civil No. 3:07-CV-5317-BHS<br><br><br>ORDER REOPENING AFTER REMAND PURSUANT TO<br>42 U.S.C. 405(G), SENTENCE SIX<br><br><br>Note on Motion Calendar: August 17, 2009 |

　　Based on the Stipulation of the parties, this case is hereby REOPENED and reinstated to the Court's docket for further proceedings pursuant to 42 U.S.C. § 405(g).

　　Defendant shall file an Answer and the Administrative Record with the Court within 10 days of entry of this Order.

　　DATED this 1st day of September, 2009.

_____
BENJAMIN H. SETTLE
US District Court Judge

Presented by:
s/ Leisa A. Wolf
LEISA A. WOLF
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA 98104-7075
Phone: 206-615-3621
Fax:　 206-615-2531
leisa.wolf@ssa.gov

Page 1　　ORDER - [3:07-CV-5317-BHS]