# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

RUSSELL ZINK,

    Plaintiff,

    v.

MICHAEL ASTRUE, Commissioner of Social Security,

    Defendant.

CASE NO. C07-5317 BHS

ORDER GRANTING MOTION TO MODIFY BRIEFING SCHEDULE

After reviewing the agreed motion to modify the court's briefing schedule (Doc. 17), the court hereby directs counsel to conform to the following new briefing schedule:

Plaintiff shall have up to and including December 2, 2009 to file Plaintiff's opening brief. Defendant shall have up to and including December 30, 2009 to file Defendant's responsive brief. Plaintiff shall have up to and including January 13, 2010, to file an optional reply brief. Oral argument shall be requested by January 20, 2010.

DATED this 5th day of November, 2009.

/s/ J. Richard Creatura
J. Richard Creatura
United States Magistrate Judge

ORDER - 1