UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RUSSELL ZINK,<br><br>               Plaintiff,<br><br>     v.<br><br>MICHAEL ASTRUE, Commissioner of Social Security,<br><br>               Defendant. | CASE NO. C07-5317 BHS-JRC<br><br>ORDER GRANTING SECOND MOTION TO MODIFY BRIEFING SCHEDULE |

After reviewing the agreed motion to modify the court's briefing schedule (Doc. 22), the court hereby directs counsel to conform to the following new briefing schedule:

Defendant shall have up to and including January 29, 2010 to file Defendant's responsive brief. Plaintiff shall have up to and including February 12, 2010, to file an optional reply brief. Oral argument shall be requested by February 19, 2010.

DATED this 30th day of December, 2009.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1